No. 95–457. Perales, Commissioner, New York State Department of Social Services, et al. v. Reno, Attorney General, et al. C. A. 2d Cir. Certiorari denied.

No. 95–458. Tiffany et al. v. Farm Credit Bank of Omaha, fka Federal Land Bank of Omaha, et al. Sup. Ct. Iowa. Certiorari denied.

No. 95–460. Hume v. Sterling, Individually and in His Capacity as Shelby County Assessor of Property, et al. C. A. 6th Cir. Certiorari denied.

No. 95–463. Salas v. Casellas, Chairman, Equal Employment Opportunity Commission. C. A. 5th Cir. Certiorari denied.

No. 95–471. Northern Telecom, Inc. v. Anderson; and
No. 95–708. Anderson v. Northern Telecom, Inc. C. A. 9th Cir. Certiorari denied.

No. 95–491. Vail v. Plain Dealer Publishing Co. et al. Sup. Ct. Ohio. Certiorari denied.

No. 95–492. LeMaster v. United States. C. A. 6th Cir. Certiorari denied.

No. 95–505. Ablang v. Reno, Attorney General, et al. C. A. 9th Cir. Certiorari denied.

No. 95–509. Pacifica Foundation et al. v. Federal Communications Commission et al.; and
No. 95–520. Action for Children's Television et al. v. Federal Communications Commission et al. C. A. D. C. Cir. Certiorari denied.

No. 95–516. Spicer v. United States. C. A. D. C. Cir. Certiorari denied.

No. 95–545. Kurtz v. City of North Miami. Sup. Ct. Fla. Certiorari denied.

No. 95–554. Scarth et al. v. NICOR Exploration Co. et al. C. A. 5th Cir. Certiorari denied.